339 A.2d 761

**COMMONWEALTH of Pennsylvania, Appellant,**

**v.**

**Domingo Lopez HERNANDEZ.**

Supreme Court of Pennsylvania.

Argued Nov. 11, 1974.

Decided July 7, 1975.

William H. Lamb, Dist. Atty., F. Ned Hand, Timothy H. Knauer, Asst. Dist. Attys., West Chester, for appellant.

Michael S. Barranco and K. J. Ryan, Asst. Public Defenders, West Chester, for appellee.

Before JONES, C. J., and EAGEN, O'BRIEN, ROBERTS, POMEROY, NIX and MANDERINO, JJ.

OPINION OF THE COURT

PER CURIAM.
Order affirmed.